# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **REINA WHITCOMB,** | ) |
| **Plaintiff,** | ) ) ) |
| | ) Case No. 8:16-00094-JFB-SMB |
| v. | ) ) |
| | ) **ORDER OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| **STAFF MID-AMERICA, INC. f/n/a** | ) |
| **PLAY EIGHTEEN, INC.,** | ) ) |
| **Defendant.** | ) |

**NOW ON THIS** 3rd day of April, 2017 counsel for Plaintiff Reina Whitcomb and Defendant Staff Mid-America, Inc. have filed a Joint Stipulation for Dismissal with Prejudice in the above-captioned matter. Based upon the Joint Stipulation for Dismissal with Prejudice and for good cause shown, the Court hereby **ORDERS** that Plaintiff's suit and all claims against Defendant are **dismissed with prejudice**, and the parties hereto shall bear their own attorneys' fees, costs and expenses.

IT IS SO ORDERED.

Dated on this 4th day of April, 2017.

      _s/ Joseph F. Bataillon_
      **Hon. Joseph F. Bataillon**
      **Senior United States District Judge**

6KZ7190.DOCX

Approved and submitted by:

s/ F. Charles Dunlay, IV
F. Charles Dunlay, IV #15207
Gregory P. Goheen #16291
Robert L. Turner, IV #26661
McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail:fcdunlay@mvplaw.com
ggoheen@mvplaw.com
rturner@mvplaw.com

*Attorneys for Defendant*


s/ Bonnie M. Boryca
Bonnie M. Boryca #24886
MaKenna J. Dopheide #25915
Erickson Sederstrom, PC
10330 Regency Parkway Drive, #100
Omaha, NE 68114-3761
Telephone: (402) 397-2200
Facsimile: (402) 390-7137
boyrca@eslaw.com
bbory@eslaw.com
Dopheide@eslaw.com
*Attorneys for Plaintiff*

6KZ7190.DOCX